**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
Designated Counsel for Service
JONATHAN P. SLOWIK (SBN 287635)
LAURA L. VAUGHN (SBN 329470)
gknopp@akingump.com
jpslowik@akingump.com
vaughnl@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:     310-229-1001

NATHAN J. OLESON *(admitted pro hac vice)*
noleson@akingump.com
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288

Attorneys for Defendant
Walmart Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMADO HARO and ROCHELLE ORTEGA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 1:21-CV-00239-DAD-SKO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>(Doc. 11)<br><br>Judge: Hon. Dale A. Drozd<br><br>Date Action Filed: February 23, 2021 |

Plaintiffs Amado Haro and Rochelle Ortega ("Plaintiffs") and Defendant Walmart Inc. ("Walmart") by and through their respective counsel of record, hereby stipulate and agree that, pursuant to Local Rule 144(a), the time in which Walmart may respond to Plaintiffs' Complaint shall be extended for 21 days to April 23, 2021.

Dated: March 31, 2021            **HODGES & FOTY, LLP**

By /s/ Don J. Foty *
    Don J. Foty
    Attorneys for Plaintiffs
    Amado Haro and Rochelle Ortega

*Pursuant to Local Rule 131(e), electronic signature of plaintiff's counsel authorized on 3/30/2021*

Dated: March 31, 2021            **AKIN GUMP STRAUSS HAUER & FELD LLP**

By /s/ Gregory W. Knopp
    Gregory W. Knopp
    Attorneys for Defendant
    Walmart Inc.

# **ORDER**

Having considered the parties' above stipulation (Doc. 11), the Court hereby ORDERS that Defendant Walmart Inc.'s deadline to file a responsive pleading to Plaintiffs' Complaint is extended to April 23, 2021.

IT IS SO ORDERED.

Dated:     **April 1, 2021**                                  /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE