Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

AKIN GUMP STRAUSS HAUER & FELD, LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel: (310) 229-1000
gknopp@akingump.com
jpslowik@akingump.com
vaughnl@akingump.com

Nathan J. Oleson (*Pro Hac Vice*)
2001 K Street, N.W.
Washington, D.C. 60006
Tel: (202) 887-4000
noleson@akingump.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, on behalf of themselves and all others similarly situated,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**WALMART, INC.,**<br><br>　　　　　　　　　　**Defendant.** | **Case No. 1:21-CV-00239-DAD-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE DEADLINES BY 30 DAYS**<br><br>(Doc. 24)<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation to Continue Case Deadlines by 30 Days (the "Stipulation") (Doc. 24), and good cause having been shown, hereby GRANTS the relief requested in the Stipulation**.**  The Scheduling Order (Docs. 20, 23) is MODIFIED as follows:

1. Class certification discovery shall be completed by no later than May 19, 2022;

2. The motion for class certification shall be filed by no later than June 20, 2022;

3. Any opposition to the motion for class certification shall be filed by no later than August 1, 2022;

4. Any reply brief in support of the motion for class certification shall be filed by no later than August 22, 2022;

5. The motion for class certification shall be heard on September 14, 2022; and

6. The status conference to set further scheduling dates, currently set for November 1, 2022, is CONTINUED to December 20, 2022, at 9:45 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than December 13, 2022, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **April 15, 2022**              /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE