| | |
|---|---|
| Matthew S. Parmet (SBN 296742)<br>PARMET PC<br>340 South Lemon Avenue, #1228<br>Walnut, California 91789<br>Tel: (310) 928-1277<br>matt@parmet.law<br><br>Don J. Foty (*Pro Hac Vice*)<br>William M. Hogg (SBN 338196)<br>HODGES & FOTY, LLP<br>4409 Montrose Boulevard, Suite 200<br>Houston, Texas 77006<br>Tel: (713) 523-0001<br>dfoty@hftrialfirm.com<br>whogg@hftrialfirm.com<br><br>*Counsel for Plaintiff and Putative Class Members* | AKIN GUMP STRAUSS HAUER & FELD, LLP<br>Gregory W. Knopp (SBN 237615)<br>Jonathan P. Slowik (SBN 287635)<br>Laura L. Vaughn (SBN 329470)<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, California 90067<br>Tel: (310) 229-1000<br>gknopp@akingump.com<br>jpslowik@akingump.com<br>vaughnl@akingump.com<br><br>Nathan J. Oleson (*Pro Hac Vice*)<br>2001 K Street, N.W.<br>Washington, D.C. 60006<br>Tel: (202) 887-4000<br>noleson@akingump.com<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>                    **Plaintiff,**<br><br>     v.<br><br>**WALMART, INC.,**<br><br>                    **Defendant.** | **Case No. 1:21-CV-00239-DAD-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>(Doc. 26)<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation to Continue the Deadline for Plaintiffs to file their Motion for Class Certification (the "Stipulation") (Doc. 26), and good cause having been shown, GRANTS the relief requested in the Stipulation.

Accordingly, IT IS HEREBY ORDERED that the current scheduling order (Doc. 25) be modified to reflect the following deadlines:

- The motion for class certification shall be filed by no later than August 1, 2022;
- Any opposition to the motion for class certification shall be filed by no later than September 16, 2022;

///

-2-

1    • Any reply brief in support of the motion for class certification shall be filed by no later
2      than October 7, 2022;
3    • The motion for class certification shall be heard on November 16, 2022; and
4    • The status conference to set further scheduling dates, currently set for December 20,
5      2022, is CONTINUED to February 7, 2023, at 9:30 a.m. in Courtroom 7 before
6      Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties
7      appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and
8      time for the conference.  By no later than January 31, 2023, the parties shall file and email
9      to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed
10     to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE