Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

AKIN GUMP STRAUSS HAUER & FELD, LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel: (310) 229-1000
gknopp@akingump.com
jpslowik@akingump.com
vaughnl@akingump.com

Nathan J. Oleson (*Pro Hac Vice*)
2001 K Street, N.W.
Washington, D.C. 60006
Tel: (202) 887-4000
noleson@akingump.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**WALMART, INC.,**<br><br>Defendant. | Case No.   **1:21-CV-00239-ADA-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXPERT DEPOSITIONS FOR CLASS CERTIFICATION**<br><br>**(Doc. 51)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation to engage in Expert Depositions for Class Certification (Doc. 51), and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED.**

**IT IS ORDERED THAT:**

- That each side's experts shall be deposed after the class certification discovery deadline of May 19, 2022, and both side waive any challenge to the timeliness of these expert depositions;

- That these depositions shall be taken for purposes of Defendant preparing its Opposition

1   Brief and for Plaintiffs to prepare their Reply Brief.
2   - That the Parties are permitted to rely on the deposition testimony taken from the expert
3   depositions in their Opposition and Reply Briefs.
4   - That no documents may be used by the questioning attorney during the expert depositions
5   that are responsive to an existing discovery request but were not available to the opposing
6   party at the time said opposing party disclosed its experts' reports/declarations pertaining
7   to the certification motions.

IT IS SO ORDERED.

Dated:   **October 5, 2022**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE