| | |
|---|---|
| **PARMET PC** <br> Matthew S. Parmet (SBN 296742) <br> 340 South Lemon Avenue, #1228 <br> Walnut, California 91789 <br> Tel: (310) 928-1277 <br> matt@parmet.law <br><br> **HODGES & FOTY, LLP** <br> Don J. Foty (Pro Hac Vice) <br> William M. Hogg (SBN 338196) <br> 4409 Montrose Boulevard, Suite 200 <br> Houston, Texas 77006 <br> Tel: (713) 523-0001 <br> dfoty@hftrialfirm.com <br> whogg@hftrialfirm.com <br><br> *Attorneys for Plaintiffs and Putative Class Members* | **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> GREGORY W. KNOPP (SBN 237615) <br> JONATHAN P. SLOWIK (SBN 287635) <br> LAURA L. VAUGHN (SBN 329470) <br> gknopp@akingump.com <br> jpslowik@akingump.com <br> vaughnl@akingump.com <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA 90067 <br> Telephone: 310-229-1000 <br> Facsimile: 310-229-1001 <br><br> NATHAN J. OLESON *(admitted pro hac vice)* <br> noleson@akingump.com <br> 2001 K. Street, N.W. <br> Washington, D.C. 20006 <br> Telephone: 202-887-4000 <br> Facsimile: 202-887-4288 <br><br> *Attorneys for Defendant WALMART INC.* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMADO HARO and ROCHELLE ORTEGA, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., <br><br> Defendant. | Case No. 1:21-CV-00239-ADA-SKO <br><br> District Judge: Hon. Ana I. De Alba <br> Magistrate Judge: Sheila K. Oberto <br><br> **ORDER GRANTING JOINT STIPULATION TO WITHDRAW DECLARATIONS OF TIMOTHY CARRIZALES, JABREELA BLAIN, AND TIFFANY SWIFT** <br><br> **(Docs. 54 & 56)** <br><br> Date Action Filed: February 23, 2021 |

# ORDER

The Court, having considered the Parties' Joint Stipulation to withdraw declarations of Timothy Carrizales, Jabreela Blain, and Tiffany Swift (the "Stipulation") (Docs. 54 & 56), and for good cause shown, **GRANTS** the withdrawal requested in the Stipulation and **ORDERS** that

    1.    The Declarations of Timothy Carrizales, Jabreela Blain, and Tiffany Swift in support of Plaintiffs' Motion for Class Certification and Conditional Certification are hereby withdrawn.

IT IS SO ORDERED.

Dated:   **December 6, 2022**              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE