Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiffs and Putative Class Members*

AKIN GUMP STRAUSS HAUER & FELD, LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel: (310) 229-1000
gknopp@akingump.com
jpslowik@akingump.com
vaughnl@akingump.com

Nathan J. Oleson (*Pro Hac Vice*)
2001 K Street, N.W.
Washington, D.C. 60006
Tel: (202) 887-4000
noleson@akingump.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**WALMART, INC.,**<br><br>　　　　　　　　**Defendant.** | Case No.  1:21-CV-00239-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION AS TO PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF DR. DROGIN**<br><br>**(Doc. 65)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation as to Plaintiffs' Deadline to Respond to Defendant's Motion to Strike the Declaration of Dr. Drogin (Doc. 65), and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED.**

**IT IS HEREBY ORDERED THAT:**

- Plaintiffs' Response to Defendant's Motion to Strike the Declaration of Dr. Richard Drogin (Doc. 60) shall be filed by no later than **January 11, 2023**; and

///

///

///

- Any reply in support of Defendant's Motion to Strike the Declaration of Dr. Richard Drogin (Doc. 60) shall be filed by no later than **January 23, 2023**.

IT IS SO ORDERED.

Dated:   **December 29, 2022**                          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE