Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiffs and Putative Class Members*

AKIN GUMP STRAUSS HAUER & FELD, LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel: (310) 229-1000
gknopp@akingump.com
jpslowik@akingump.com
vaughnl@akingump.com

Nathan J. Oleson (*Pro Hac Vice*)
2001 K Street, N.W.
Washington, D.C. 60006
Tel: (202) 887-4000
noleson@akingump.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WALMART, INC.,**<br><br>**Defendant.** | **Case No.   1:21-CV-00239-ADA-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEADLINES CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS**<br><br>(Doc. 69)<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation Regarding the Deadlines Concerning the Plaintiffs' Motion for Class Certification and other related motions (Doc. 69), and good cause having been shown, IT IS HEREBY ORDERED THAT the case schedule is MODIFIED as follows**:**

- The hearing on Plaintiffs' Motion for Conditional Certification and Approval of Notice (Docs. 41 & 44) remains set for February 22, 2023, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto;

- Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Class Certification (Doc. 43) shall be filed by March 31, 2023;

- That Plaintiffs' Response to Defendant's Motion to Strike the Declaration of Dr. Drogin (Doc. 60) shall be filed by March 31, 2023;
- The Plaintiffs shall file any motions challenging Defendant's experts by March 31, 2023;
- The Defendant's Response to any motion filed by Plaintiffs to challenge Defendant's experts shall be due by April 21, 2023;
- That Defendant's Reply Brief in support of the Motion to Strike the Declaration of Dr. Drogin (Doc. 60) and Plaintiffs' Reply Brief in support of any motions challenging Defendant's experts shall be filed by May 10, 2023
- The motion for class certification (Doc. 43) , as well the related motions to exclude expert evidence (Doc. 60), shall be heard on May 31, 2023, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto; and
- A conference to set further scheduling dates is set for November 30, 2023, at 9:30 AM Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **January 13, 2023**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE