| | |
|---|---|
| **PARMET PC**<br>Matthew S. Parmet (SBN 296742)<br>340 South Lemon Avenue, #1228<br>Walnut, California 91789<br>Tel: (310) 928-1277<br>matt@parmet.law<br><br>**HODGES & FOTY, LLP**<br>Don J. Foty (Pro Hac Vice)<br>William M. Hogg (SBN 338196)<br>4409 Montrose Boulevard, Suite 200<br>Houston, Texas 77006<br>Tel: (713) 523-0001<br>dfoty@hftrialfirm.com<br>whogg@hftrialfirm.com<br><br>*Attorneys for Plaintiffs and Putative Class Members* | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>GREGORY W. KNOPP (SBN 237615)<br>JONATHAN P. SLOWIK (SBN 287635)<br>LAURA L. VAUGHN (SBN 329470)<br>gknopp@akingump.com<br>jpslowik@akingump.com<br>vaughnl@akingump.com<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Telephone: 310-229-1000<br>Facsimile: 310-229-1001<br><br>NATHAN J. OLESON *(admitted pro hac vice)*<br>noleson@akingump.com<br>2001 K. Street, N.W.<br>Washington, D.C. 20006<br>Telephone: 202-887-4000<br>Facsimile: 202-887-4288<br><br>*Attorneys for Defendant WALMART INC.* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMADO HARO and ROCHELLE ORTEGA, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>       Defendant. | Case No. 1:21-CV-00239-ADA-SKO<br><br>District Judge: Hon. Ana De Alba<br>Magistrate Judge: Sheila K. Oberto<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>**(Doc. 75)**<br><br><br>Date Action Filed: February 23, 2021 |

# ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Briefing Schedule for Motion to Appoint Interim Class Counsel (Doc. 75), and good cause having been shown, rules that the Stipulation is hereby **GRANTED**.

**IT IS SO ORDERED THAT:**

- Walmart's opposition to Plaintiffs' motion to appoint interim class counsel (Doc. 72) shall be filed by no later than February 8, 2023.
- Any reply brief in support of the motion to appoint interim class counsel (Doc. 72) shall be filed by no later than February 15, 2023.

IT IS SO ORDERED.

Dated:  **February 2, 2023**                  /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE