Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**WALMART, INC.,**<br><br>    **Defendant.** | Case No.   1:21-CV-00239-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEADLINES CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED MOTIONS**<br><br>**(Doc. 96)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation Regarding the Deadlines Concerning the Plaintiffs' Motion for Class Certification and other related motions (Doc. 96), and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED.**

**IT IS ORDERED THAT:**

- That Plaintiffs' Response to Defendant's Motion to Strike the Declaration of Dr. Drogin shall be filed by **April 7, 2023**;

- That Plaintiffs shall file any motions challenging Defendant's experts by **April 7, 2023**;

- That Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Class Certification shall

be filed by **April 14, 2023**;

- That Defendant's Response to any motion filed by Plaintiffs to challenge Defendant's experts shall be due by **April 28, 2023**;
- That Defendant's Reply Brief in support of the Motion to Strike the Declaration of Dr. Drogin and Plaintiffs' Reply Brief in support of any motions challenging Defendant's experts shall be filed by **May 10, 2023**;
- The motion for class certification, as well the related motions to exclude expert evidence, shall be heard on **May 31, 2023**, at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto; and
- The conference to set further scheduling dates **remains as set for November 30, 2023,** at 9:30 AM Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto (*see* Doc. 71).

IT IS SO ORDERED.

Dated:   **March 30, 2023**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE