Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WALMART, INC.,**<br><br>**Defendant.** | Case No.   1:21-CV-00239-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES FOR FILING REPLY BRIEFS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE DECLARATION OF NATHAN WOODS, PH.D. AND DEFENDANT'S MOTION TO EXCLUDE THE DECLARATION OF DR. RICHARD DROGIN**<br><br>**(Doc. 111)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation to Continue Deadlines for Filing Reply Briefs in Support of Plaintiffs' Motion to Exclude the Declaration of Nathan Woods, Ph.D. and Defendant's Motion to Exclude the Declaration of Dr. Richard Drogin (Doc. 111), and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED**.

//

**IT IS ORDERED THAT:**

- That Defendant's Reply in support of the Motion to Exclude the Declaration of Dr. Drogin shall be filed by May 17, 2023; and
- That Plaintiffs' Reply in support of the Motion to Exclude the Declaration of Dr. Woods shall be filed by May 17, 2023.

IT IS SO ORDERED.

Dated: __May 12, 2023__                                   _____/s/ *Sheila K. Oberto*_____
                                                                                UNITED STATES MAGISTRATE JUDGE