Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**WALMART, INC.,**<br><br>　　　　　　　**Defendant.** | **Case No. 1:21-CV-00239-ADA-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING STAY PENDING MEDIATION**<br><br>**(Doc. 116)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation Regarding Stay Pending Mediation (Doc. 116), and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED**.

**IT IS ORDERED THAT:**

- This action is STAYED immediately for 90 days while the parties finalize their mediation plans.  Accordingly, the hearings on the parties' pending motions, set for May 31 and June 14, 2023, are VACATED;

- If the parties are not able to secure a mediation date within 90 days, at the parties' request, the stay is subject to an EXTENSION to a reasonable date specified by the parties in a future stipulation;

- During the stay, the Court will REFRAIN from ruling on the pending motions, other than motions pertaining to this stay or the settlement process.  However, the parties will complete any briefing on motions filed before the date of this stipulation; and

- Within 14 days after mediation is concluded, the parties SHALL file a status report and propose a new case schedule, including new hearing date(s) for the pending motions, if appropriate.

IT IS SO ORDERED.

Dated:   **May 18, 2023**                              /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE