Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>     **Plaintiff,**<br><br> **v.**<br><br>**WALMART, INC.,**<br><br>     **Defendant.** | **Case No.  1:21-CV-00239-ADA-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING MEDIATION**<br><br>**(Doc. 118)**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

1

2

The parties filed a Joint Stipulation To Extend Stay Pending Mediation on August 8, 2023. (Doc. 118.)

3

4

Good cause having been shown, the relief requested in the Stipulation is hereby **GRANTED**.

**IT IS ORDERED THAT:**

5

6

7

- By no later than September 15, 2023, the parties SHALL file a status report to inform the Court of the outcome of the mediation, stating whether they wish to lift or extend the stay, and, if necessary, to request a further scheduling conference.

8

9

10

- The stay of this action is EXTENDED until the status report is filed or September 15, 2023, whichever is earlier.

11

- During the stay, the Court will not rule on the pending motions, other than motions pertaining to this stay or the settlement process, if appropriate.

12

13

IT IS SO ORDERED.

14

Dated:   **August 9, 2023**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO EXTEND STAY PENDING MEDIATION