| | |
|---|---|
| Matthew S. Parmet (SBN 296742)<br>PARMET PC<br>340 South Lemon Avenue, #1228<br>Walnut, California 91789<br>Tel: (310) 928-1277<br>matt@parmet.law<br><br>Don J. Foty (*Pro Hac Vice*)<br>HODGES & FOTY, LLP<br>2 Greenway Plaza, Suite 250<br>Houston, Texas 77046<br>Tel: (713) 523-0001<br>dfoty@hftrialfirm.com<br><br>*Counsel for Plaintiff and Putative Class Members* | PROSKAUER ROSE LLP<br>Gregory W. Knopp (SBN 237615)<br>Jonathan P. Slowik (SBN 287635)<br>Laura L. Vaughn (SBN 329470)<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Tel: (310) 557-2900<br>gknopp@proskauer.com<br>jslowik@proskauer.com<br>lvaughn@proskauer.com<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>          **Plaintiff,**<br><br>   **v.**<br><br>**WALMART, INC.,**<br><br>          **Defendant.** | Case No.   1:21-CV-00239-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND STIPULATION TO EXTEND STAY**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Stipulation (Doc. 122) regarding the deadline to file the Motion for Preliminary Approval of Class Action Settlement and Stipulation to extend the stay of this case, and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED.**

**IT IS ORDERED THAT:**

- That the Motion for Preliminary Approval shall be filed by December 15, 2023, to be set for hearing before the assigned district judge, and

- That the stay of this matter shall be extended to December 15, 2023.

IT IS SO ORDERED.

Dated: __November 1, 2023__            /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE