UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | No.  1:21-cv-00239-NODJ-SKO<br><br>ORDER GRANTING JOINT STIPULATION CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE TO DECIDE PLAINTIFFS'MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 129) |

Having reviewed the Parties' Joint Stipulation Consenting to Jurisdiction of Magistrate Judge to Decide Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Motion for Final Approval of Class Action Settlement ("Stipulation") (ECF No. 129), the Court hereby GRANTS the Stipulation and orders as follows:

The pending Motion for Preliminary Approval of Class Settlement, filed on December 15, 2023 as Docket No. 127, is hereby submitted for decision to the assigned Magistrate Judge Sheila K. Oberto.  If that motion is granted, the Plaintiffs' Motion for Final Approval of Class Action Settlement will also be submitted for decision to Magistrate Judge Sheila K. Oberto.

/////

1

1     The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is
2 to be re-set by Magistrate Judge Sheila K. Oberto.
3     IT IS SO ORDERED.
4 Dated: January 5, 2024.

                                    CHIEF UNITED STATES DISTRICT JUDGE