Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
William M. Hogg (SBN 338196)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WALMART, INC.,**<br><br>**Defendant.** | Case No.   1:21-CV-00239-ADA-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND DEADLINES IN ORDER RE: PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

The Court, having considered the parties' Joint Stipulation to Amend Deadlines in Order Re: Preliminary Approval of Class Action Settlement, and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED**.

**IT IS ORDERED THAT:**

The deadlines in the Court's March 18, 2024, Order Granting Preliminary Approval of Class Action Settlement (Doc. 135) are amended as follows:

- The deadline for the settlement administrator to submit a declaration to the Court is June 10, 2024.
- The deadline for class members to object to the settlement is July 10, 2024.

All other deadlines (Doc. 135) remain unchanged.

IT IS SO ORDERED.

Dated:   **May 8, 2024**                          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE