Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA, On Behalf of Themselves and All Others Similarly Situated,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**WALMART, INC.,**<br><br>      **Defendant.** | **Case No.   1:21-CV-00239-KES-SKO**<br><br>**ORDER GRANTING JOINT STIPULATION FOR A ONE-WEEK EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR APPROVAL OF ATTORNEY'S FEES, COSTS, AND SERVICE AWARDS**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

  **IT IS HEREBY STIPULATED** by and between Plaintiffs Amado Haro and Rochelle Ortega ("Plaintiffs"), by and through their counsel of record, and Defendant Walmart Inc. ("Defendant"), by and through its counsel of record, as follows:

  **WHEREAS**, on February 23, 2021, Plaintiffs, individually and on behalf of all others similarly situated, filed a wage-and-hour class and collective action lawsuit against Defendant (*see* Dkt. 1);

  **WHEREAS**, on December 15, 2023, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement (Dkt. 127);

  **WHEREAS**, on March 18, 2024, the Court granted the Motion for Preliminary Approval

(Dkt. 135);

**WHEREAS,** in the Order Granting Preliminary Approval, the Court set a deadline of May 20, 2024 for the Plaintiffs to file their Motion for Approval of Attorney's Fees, Costs and Service Award (*id.*);

**WHEREAS**, on May 16, 2024 a large storm struck Houston, Texas which killed seven people and left large parts of the city without electricity. Plaintiffs' Counsel resides in Houston, Texas. Plaintiffs' Counsel – Don Foty – has been without electricity at his home since May 16. Additionally, Plaintiffs' Counsel's office lost access to its server as a result of the storm; and

**WHEREAS**, the Parties have discussed a short extension of time for Plaintiffs to file their Motion for Approval of Attorney's Fees, Costs, and Service Award in light of the difficulties facing Plaintiffs' Counsel and the Parties have agreed to a one week extension of time. The Parties do not believe that this one week extension will affect any of the deadlines in the Preliminary Approval Order of March 18, 2024;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective attorneys of record, as follows:

• That Plaintiffs shall have until May 28, 2024 to file their Motion for Approval of Attorney's Fees, Costs, and Service Award.

Respectfully submitted,

Date: May 20, 2024                              **HODGES & FOTY, LLP**
                                                /s/ Don J. Foty
                                                Don J. Foty (*Pro Hac Vice*)
                                                *Attorneys for Plaintiffs*

Date: May 20, 2024                              **PROSKAUER ROSE LLP**
                                                /s/_Jonathan P. Slowik _____
                                                Gregory W. Knopp
                                                Jonathan P. Slowik
                                                Laura L. Vaughn
                                                *Attorneys for Defendant*

## ORDER

The Court, having considered the Parties' Joint Stipulation seeking a one-week extension of time for Plaintiffs to file their Motion for Approval of Attorney's Fees, Costs, and Service Award and finds that the Stipulation should be **GRANTED.** Plaintiffs' Motion for Approval of Attorney's Fees,

Costs, and Service Awards shall be due by May 28, 2024.  All other deadlines remain unchanged. (Docs. 135, 140).

IT IS SO ORDERED.

Dated:  **May 21, 2024**                              */s/ Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE