Matthew S. Parmet (SBN 296742)
PARMET PC
340 South Lemon Avenue, #1228
Walnut, California 91789
Tel: (310) 928-1277
matt@parmet.law

Don J. Foty (*Pro Hac Vice*)
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
dfoty@hftrialfirm.com

*Counsel for Plaintiff and Putative Class Members*

PROSKAUER ROSE LLP
Gregory W. Knopp (SBN 237615)
Jonathan P. Slowik (SBN 287635)
Laura L. Vaughn (SBN 329470)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: (310) 557-2900
gknopp@proskauer.com
jslowik@proskauer.com
lvaughn@proskauer.com

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **AMADO HARO and ROCHELLE ORTEGA**, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WALMART, INC.**,<br><br>Defendant. | Case No.   1:21-CV-00239-KES-SKO<br><br>**ORDER GRANTING JOINT STIPULATION FOR A ONE-WEEK EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: Feb. 23, 2021<br>Trial Date: None |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Amado Haro and Rochelle Ortega ("Plaintiffs"), by and through their counsel of record, and Defendant Walmart Inc. ("Defendant"), by and through its counsel of record, as follows:

**WHEREAS**, on February 23, 2021, Plaintiffs, individually and on behalf of all others similarly situated, filed a wage-and-hour class and collective action lawsuit against Defendant (see Dkt. 1); WHEREAS, on December 15, 2023, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement (Dkt. 127);

**WHEREAS**, on March 18, 2024, the Court granted the Motion for Preliminary Approval (Dkt. 135);

**WHEREAS**, in the Order Granting Preliminary Approval, the Court set a deadline of July 20, 2024 for the Plaintiffs to file their Motion for Final Approval Settlement (*id.*);

**WHEREAS**, on July 8, 2024 Hurricane Beryl struck Houston, Texas, causing severe flooding and wind damage, and leaving close to 3 million people without electricity. Plaintiffs' Counsel resides in Houston, Texas. Plaintiffs' Counsel was without electricity for nearly one week as a result of the storm. Plaintiffs' Counsel's office also lost access to its server and the internet. Given the storm, Plaintiffs' Counsel was unable to work on this matter, and

**WHEREAS**, the Parties have discussed a short extension of time for Plaintiffs to file their Motion for Final Approval of Settlement in light of the hurricane. The Parties have conferred and have agreed to a one week extension of time. The Parties do not believe that this one week extension will affect any of the deadlines in the Preliminary Approval Order of March 18, 2024;

IT IS HEREBY STIPULATED between the Parties, by and through their respective attorneys of record, as follows: That Plaintiffs shall have until July 26, 2024 to file their Motion for Final Approval of Settlement.

Date: July 19, 2024                          **HODGES & FOTY, LLP**
                                              */s/ Don J. Foty*
                                              Don J. Foty (*Pro Hac Vice*)
                                              *Attorneys for Plaintiffs*

Date: July 19, 2024                          **PROSKAUER ROSE LLP**
                                              */s/ Jonathan P. Slowik*
                                              Gregory W. Knopp
                                              Jonathan P. Slowik
                                              Laura L. Vaughn
                                              *Attorneys for Defendant*

### **ORDER**

The Court having considered the Parties' Joint Stipulation (Doc. 145) for a one-week extension of time for Plaintiffs to file their Motion for Final Approval of Class Action Settlement finds that the Stipulation should be GRANTED. THEREFORE, IT IS ORDERED that Plaintiffs'

Motion for Final Approval of Class Action Settlement shall be due July 26, 2024.

IT IS SO ORDERED.

Dated: **July 22, 2024**                    */s/ Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE